

NUMBER 13-14-00178-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

RICHARD DARIN BLACKWELL
AND JENNIFER LOPEZ
BLACKWELL INDIVIDUALLY AND
AS NEXT FRIENDS OF ADALYN
GRACE BLACKWELL, A MINOR
CHILD,                                                    Appellants,

v.

MICHAEL CARRILLO,                                          Appellee.

On appeal from the County Court at Law No. 2
of Nueces County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Perkes and Longoria**
**Memorandum Opinion Per Curiam**

This appeal was abated by this Court on April 16, 2014, and the parties were

ordered to mediation.   This cause is now before the Court on an agreed motion to dismiss

the appeal on grounds the appeal is moot because the parties have reached a settlement agreement. The parties request that this Court dismiss the appeal. Accordingly, this case is hereby REINSTATED.

The Court, having considered the documents on file and the agreed motion to dismiss, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The agreed motion to dismiss is GRANTED, and the appeal is hereby DISMISSED. Costs will be taxed against appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
24th day of July, 2014.

2